The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

December 23, 2019

**Via ECF**
Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Flores et al. v. Masterpiece Caterers Corp.*
                19-cv-04059 (LGS)

Dear Judge Schofield:

    The parties jointly request an additional three weeks to complete the settlement agreement for Court approval. The basis for the request is that the parties have not yet completed the agreement. The parties, though, have exchanged edits and are hopefully close to completing the agreement. This is the parties' first request for an extension. The deadline to submit the proposed agreement was December 20, 2019. The parties apologize for the timing of the request. The parties request to have until January 10, 2020 to complete the settlement agreement. We thank the Court for its consideration.

                          Respectfully submitted,

                          */s Jacob Aronauer*
                          Jacob Aronauer
                          *Attorney for Plaintiff*

cc:  **Via ECF**
     *All attorneys on record*

APPLICATION GRANTED.

The parties shall submit the Cheeks materials no later than January 10, 2020.

Dated: December 24, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE