UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                   :

ANA MARIA FLORES,                  :

                           Plaintiff,   :

                                   :

               -against-         :

                                   :

MASTERPIECE CATERERS CORP. et al.,  :

                     Defendants.  :

                                   :

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2020

19 Civ. 4059 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated December 26, 2019, directed the parties to submit the

*Cheeks* materials no later than January 10, 2020 (Dkt. No. 452);

WHEREAS, the parties have not submitted the *Cheeks* materials.  It is hereby

**ORDERED** that, by **January 21, 2020**, the parties shall file the materials.

Dated: January 15, 2020
      New York, New York

_____
           LORNA G. SCHOFIELD
        UNITED STATES DISTRICT JUDGE