USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

February 4, 2020

**Via ECF**
Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED.

The deadline to file the amended proposed agreement and accompanying materials is February 7, 2020.

Dated: February 5, 2020
New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *Flores et al. v. Masterpiece Caterers Corp.*
19-cv-04059 (LGS)

Dear Judge Schofield:

      Plaintiff requests to have until February 7, 2020 to complete the revised settlement agreement for Court approval. The basis for the request is that the parties have not yet completed the agreement and that I have a deposition today and, in general, have a large amount of work. The parties, though, have exchanged edits and are hopefully close to completing the agreement. This is Plaintiff's first request for an extension (as it pertains to the amended settlement agreement approval application). The deadline to submit the proposed agreement is February 4, 2020. I asked Defendants' if they oppose last night and I have not heard back yet. I thank the Court for its consideration.

Respectfully submitted,

*/s Jacob Aronauer*
Jacob Aronauer
*Attorney for Plaintiff*

cc: **Via ECF**
    *All attorneys on record*